```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 THE ANNUITY, PENSION, WELFARE,
TRAINING AND LABOR MANAGEMENT
COOPERATION TRUST FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO ET
AL.,
```

                Plaintiffs,

  -against-

GRACI PAVING ASSOCIATES, INC.,

                Defendant.
-------------------------------------------------------------X

**ORDER ADOPTING REPORT & RECOMMENDATION**

25-CV-2726 (RER) (CLP)

**RAMÓN E. REYES, JR., District Judge:**

      In a report and recommendation dated November 21,2025, (ECF No. 23 ("R&R")), Magistrate Judge Cheryl L. Pollack recommended that the Court grant Plaintiffs' motion for default judgment and award a total of $32,976.02 in damages and $3,375 in attorney's fees and costs. (*Id.*) Judge Pollack advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

      The Clerk of Court is directed to enter judgment in favor of Plaintiffs and to close this case.

SO ORDERED.


____/s/ Ramón E. Reyes, Jr.____

RAMÓN E. REYES, JR.
United States District Judge

Dated: December 8, 2025
       Brooklyn, New York